Chairperson, Hon. Loren Tucker, Member Hon. Brad Newman and Member Hon. Kathy Seeley.

## The District Court of the 3rd Judicial District.
## County of Deer Lodge.

STATE OF MONTANA,
    Plaintiff,                         CAUSE NO. DC-01-01
vs.                                 DECISION
WILLIAM BROWN,
    Defendant.

On February 12, 2002 [Appeal affirmed June 19, 2003], the Defendant was sentenced to One hundred (100) years in the Montana State Prison for deliberate homicide, a felony; and an additional ten (10) years to the Montana State Prison for use of a dangerous weapon, to run consecutively with each other. This sentence shall run consecutively to the sentence on felony escape handed down by this Court in Cause No. DC-01-30.

On May 2, 2013, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

The Defendant was present and was represented by Attorney Ed Sheehy, Jr. The State was represented by Ben Krakowka, Deer Lodge County Attorney.

Before hearing the Application, the Defendant was advised that the Division has the authority not only to reduce the sentence or affirm it, but also increase it. The Defendant was further advised that there is no appeal from a decision of the Division. The Defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that, "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Division that the sentence shall be AFFIRMED.

Done in open Court this 2nd day of May, 2013.

DATED this 24th day of June, 2013.

Chairperson, Hon. Loren Tucker, Member Hon. Brad Newman and Member Hon. Kathy Seeley.